# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA D. KOCHEN,<br><br>                 Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>                 Defendant. | 8:17CV62<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order of this date:

IT IS ORDERED:

1. The Motion for an Order Reversing the Commissioner's Decision, ECF No. 11, filed by Plaintiff Joshua D. Kochen, is denied; and

2. The Motion and the Motion to Affirm Commissioner's Decision, ECF No. 12, filed by Defendant Nancy C. Berryhill, is granted;

3. The Commissioner's decision is affirmed; and

4. The appeal is denied.


Dated this 22nd day of November, 2017.

                                                BY THE COURT:

                                                s/Laurie Smith Camp<br>
                                                Chief United States District Judge